

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2019

No. 04-19-00173-CV

**IN RE KERRVILLE LODGING, LLC d/b/a Econolodge**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

On March 25, 2019, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than April 24, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on April 8, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 181053B, styled *Kerrville Lodging, LLC, d/b/a Econolodge and Jayram, LLC v. Great American Insurance Group*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding.